**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01586-CR

**SYLVIA ROMERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-01-16575-X**

## ORDER

The Court **DENIES** appellant Sylvia Romero's May 2, 2015 motion for rehearing.


/s/     DOUGLAS S. LANG
         JUSTICE